UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                     Hon. Paul L. Maloney

v.

                                     Case No. 1:21-cr-00195

SHANNON DAWN HAWKINS,

    Defendant.

_____/

**<u>ORDER</u>**

Defendant appeared before me on December 9, 2021, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of her rights, including those attendant to a detention hearing, defendant waived her right to the hearing.  I find that her waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on  December 9, 2021.

                                             /s/ Phillip J. Green
                                         PHILLIP J. GREEN
                                         United States Magistrate Judge